UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**VENUS HARIS,**

**Plaintiff,**

**v.**                                                      **CASE NO. 5:23-cv-00249-RH-MJF**

**CITY OF CALLAWAY, FLORIDA,**

**Defendant.**

_____/

## PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS OR FILE AMENDED COMPLAINT

Plaintiff, through her counsel and pursuant to N.D. Local Rule 7.1, files this Consented Motion for Extension of Time to Respond to Motion to Dismiss or File Amended Complaint and states the following:

1.      On September 15, 2023, Defendant filed a Motion to Dismiss [ECF 3].  That filing was not sent to the undersigned nor any of her staff.

2.      On October 5, 2023, an entry through CM/ECF was filed reflecting that no response was filed to the pending Motion to Dismiss, which was the first notice that Plaintiff had that a Motion was pending.

3.      Counsel for Defendant has been consulted and consents to a ten

1

day extension for the Plaintiff file a response to the pending Motion or to file an Amended Complaint.

4.      This Motion is not filed for the purpose of delay but is filed in good faith based on the representations made above.

WHEREFORE, Plaintiff respectfully requests that he be permitted up to and including October 16, 2023 to respond to Defendant's pending Motion or to file an Amended Complaint, all for the reasons set forth more fully above.

Respectfully submitted,

/s/ Marie Mattox
Marie A. Mattox [FBN 739685]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida   32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801

ATTORNEY FOR PLAINTIFF

## LOCAL RULE 7.1(F) CERTIFICATION

The undersigned certifies that this Motion contains 317 words and is typed in 14 point font.

/s/ Marie Mattox
Marie A. Mattox

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served

this 6th day of October, 2023 via electronic filing to all parties of record.

/s/ Marie Mattox
Marie A. Mattox