IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VENUS HARRIS,

    Plaintiff,

v.	CASE NO. 5:23cv249-RH-MJF

CITY OF CALLAWAY, FLORIDA,

    Defendant.

_____/

**ORDER REQUIRING A RESPONSE
TO THE MOTION TO DISMISS**

    The plaintiff's original complaint asserted gender-discrimination claims under Title VII of the Civil Rights Act of 1964 as amended. The defendant moved to dismiss on the ground that the plaintiff missed the 90-day deadline after receiving the Equal Employment Opportunity Commission's notice of right to sue. *See* 42 U.S.C. § 2000e-5(f)(1).

    The plaintiff moved to extend the deadline to respond to the motion to dismiss and then filed as of right an amended complaint. The amended complaint again asserts gender-discrimination claims, this time invoking 42 U.S.C. § 1983.

An EEOC filing is not a prerequisite to a § 1983 claim, so the claims do not suffer the same alleged timeliness defect.

But the amended complaint also again included the Title VII gender-discrimination claims. The plaintiff has not responded to the defendant's assertion that the claims are untimely. This order treats the motion to dismiss the original complaint as applicable to the amended complaint and requires the plaintiff to respond.

IT IS ORDERED:

1. The plaintiff's motion, ECF No. 4, to extend the deadline to respond to the motion to dismiss is granted. The first amended complaint, ECF No. 5, is deemed properly filed.

2. The plaintiff must show cause by November 6, 2023, why the amended complaint's Title VII claims (counts I and II) should not be dismissed. The defendant need not respond to the amended complaint until an order is entered on whether the Title VII claims will be dismissed.

SO ORDERED on October 21, 2023.

s/Robert L. Hinkle
United States District Judge